MEYER SHAPIRO, Appellant, v. JOSEPH D. FRANKEL and Another, Copartners Doing Business under the Firm Name and Style of J. D. FRANKEL & Co., and Others, Respondents. (Appeal No. 2.) — In view of the decision of Shapiro v. Frankel, No. 1 (ante, p. 618), decided herewith, the appeal from order denying motion for resettlement and from that part of the order dated July 12, 1934, which allows the ninth amendment to the proposed case on appeal is dismissed, without costs. Lazansky, P. J., Hagarty, Carswell and Tompkins, JJ., concur; Davis, J., dissents and votes to affirm.

ROSE TAORMINA, Appellant, v. THOS. ROULSTON, INC., Respondent.— Order granting defendant's motion to vacate notice of examination before trial served by the plaintiff in an action for injuries received as a consequence of the collision of an automobile and a truck reversed on the law and the facts, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs; examination to proceed on five days' notice. The plaintiff was entitled to the examination sought under settled authority in this Department. (Shweky v. Goldberg, 240 App. Div. 999.) Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. JEANETTE L. HARRIS, Formerly JEANETTE LEWINSOHN, and Others, Defendants, and JOSEPH HARVIS, Sued Herein as JOSEPH HARRIS, Appellant.— Order affirmed, with ten dollars costs and disbursements. The action is to foreclose a mortgage on real estate. The appellant, by a separate defense and set-off, seeks a judgment declaring that the plaintiff is not entitled to a deficiency judgment against him and made a motion for such a judgment against the plaintiff upon said set-off or counterclaim, on the ground that the plaintiff had failed to serve a reply thereto. In our opinion, a reply is not necessary and the motion was properly denied. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.